268 P.2d 498]

[Civ. No. 8302.   Third Dist.   Mar. 31, 1954.]

LEWIS BERG et al., Appellants, v. CITY OF MONTAGUE et al., Respondents.

Barr & Hammond for Appellant.

Tebbe & Correia for Respondents.

PAULSEN, J. pro. tem.*—This is a companion to the case of *McNeil* v. *City of Montague,* 3 Civil No. 8301, *ante,* p. 326 [268 P.2d 498], this day decided.

Except as to parties plaintiff and the allegations of property damage the facts are identical and the allegations of the complaint are substantially the same.

On the authority of *McNeil* v. *City of Montague* the judgment is affirmed.

Peek, J., and Schottky, J., concurred.

---

*Assigned by Chairman of Judicial Council.